Case 3:11-cv-00597-LRH -RAM   Document 26   Filed 07/17/12   Page 1 of 2

CHRISTIAN L. MOORE, Bar No. 3777
ALICE CAMPOS MERCADO, Bar No. 4555
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

THOMAS E. ULLRICH (*pro hac vice*, Virginia Bar No. 28737)
WHARTON ALDHIZER & WEAVER PLC
100 South Mason St.
P.O. Box 20028
Harrisonburg, Virginia 22801
Telephone: (540) 434-0316
Facsimile: (540) 434-5502

*Attorneys for Plaintiffs*

| FILED | RECEIVED |
|---|---|
| ENTERED | SERVED ON |

COUNSEL/PARTIES OF RECORD

JUL 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*

JULIE SERPA, individually, and as
Guardian for her minor child JILL DOE,
JILL DOE, a minor,

        Plaintiffs,

vs.

CHURCHILL COUNTY SCHOOL DISTRICT;
and SCOTT MEIHACK, in his individual and
official capacity,

        Defendants.

Case No.: 3:11-cv-00597-LRH-RAM

NOTICE OF WITHDRAWAL AND
DISASSOCIATION OF COUNSEL

COME NOW Thomas E. Ullrich and the law firm of Wharton, Aldhizer & Weaver, P.L.C.
and notify the Court of the withdrawal of Patrick M. Connell as counsel for Plaintiffs. Request is
hereby made for the removal of Mr. Connell from the CM/ECF service list.

DATED this 17th day of July, 2012

        WHARTON ALDHIZER & WEAVER PLC
        In association with LEMONS, GRUNDY & EISENBERG

        By: _/s/ Thomas E. Ullrich_
           THOMAS E. ULLRICH
           ALICE CAMPOS MERCADO

           *Attorney for Plaintiffs*

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: 7-23-12

WHARTON ALDHIZER &
WEAVER PLC
00 SOUTH MASON ST.
HARRISONBURG,
VA 22801
(540) 434-0316

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of such filing to:

Rebecca Bruch, Esquire
Ann M. Alexander, Esquire
Erickson, Thorpe & Swainston, Ltd.
99 W. Arroyo Street
Reno, Nevada 89509
775-786-3930
Attorneys for Churchill County School District

_Margie Nevin_

60175-1/12001011

HARTON ALDHIZER &
WEAVER PLC
30 SOUTH MASON ST.
HARRISONBURG,
VA 22801
(540) 434-0316