
CHRISTIAN L. MOORE, Bar No. 3777
ALICE CAMPOS MERCADO, Bar No. 4555
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Telephone: (775) 786-6868
Facsimile: (775) 786-9716

THOMAS E. ULLRICH (*pro hac vice*, Virginia Bar No. 28737)
WHARTON ALDHIZER & WEAVER PLC
100 South Mason St.
P.O. Box 20028
Harrisonburg, Virginia 22801
Telephone: (540) 434-0316
Facsimile: (540) 434-5502

*Attorneys for Plaintiffs*

FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

JULIE SERPA, individually, and as Guardian for her minor child JILL DOE, JILL DOE, a minor,

   Plaintiffs,

vs.

CHURCHILL COUNTY SCHOOL DISTRICT; and SCOTT MEIHACK, in his individual and official capacity,

   Defendants.

Case No.: 3:11-cv-00597-LRH-RAM

NOTICE OF WITHDRAWAL AND DISASSOCIATION OF COUNSEL

COME NOW Thomas E. Ullrich and the law firm of Wharton, Aldhizer & Weaver, P.L.C. and notify the Court of the withdrawal of Patrick M. Connell as counsel for Plaintiffs. Request is hereby made for the removal of Mr. Connell from the CM/ECF service list.

DATED this 17th day of July, 2012

WHARTON ALDHIZER & WEAVER PLC
In association with LEMONS, GRUNDY & EISENBERG

By:  /s/ *Thomas E. Ullrich*
     THOMAS E. ULLRICH
     ALICE CAMPOS MERCADO
     *Attorney for Plaintiffs*

IT IS SO ORDERED
[signature]
U.S. MAGISTRATE JUDGE
DATED: 7-23-12

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of such filing to:

Rebecca Bruch, Esquire
Ann M. Alexander, Esquire
Erickson, Thorpe & Swainston, Ltd.
99 W. Arroyo Street
Reno, Nevada 89509
775-786-3930
Attorneys for Churchill County School District

*Margie Nevin*

60175-1/12001011

HARTON ALDHIZER &
WEAVER PLC
30 SOUTH MASON ST.
HARRISONBURG,
VA 22801
(540) 434-0316