1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * * * *

9

JULIE SERPA, individually, and as Guardian )
for her minor child, JILL DOE; JILL DOE, a )   3:11-CV-00597-LRH-RAM

10

minor,                                      )
                                            )

11

            Plaintiffs,                     )   MINUTE ORDER
    v.                                      )

12

                                            )
CHURCHILL COUNTY SCHOOL                      )   December 19, 2013

13

DISTRICT and SCOTT MEIHACK, in his          )
individual and official capacity,           )

14

                                            )
            Defendants.                      )

15

_____ )

16

17

        Before the court is Plaintiffs' Petition for Approval of Compromise of Minor's Claim

18

(#58)[1], Plaintiffs' Errata to Petition for Approval of Compromise of Minor's Claim (#59), and

19

Defendants' Notice of Non-Opposition to Plaintiffs' Petition for Approval of Compromise of

20

Minor's Claim (#60).  The court has reviewed the Plaintiffs' Petition and approves the proposed

21

compromise pursuant to its terms. GOOD CAUSE APPEARING,

22

        IT IS ORDERED that Plaintiffs' Petition for Approval of Compromise of Minor's Claim

23

(#58) is GRANTED.

24

        IT IS SO ORDERED.

25

        DATED this 19th day of December, 2013.

26

27

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

28

_____
    [1] Refers to court's docket number.