UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JULIE SERPA, individually, and as Guardian for her minor child, JILL DOE; JILL DOE, a minor,<br><br>           Plaintiffs,<br>v.<br><br>CHURCHILL COUNTY SCHOOL DISTRICT and SCOTT MEIHACK, in his individual and official capacity,<br><br>           Defendants. | 3:11-CV-00597-LRH-RAM<br><br>MINUTE ORDER<br><br>December 19, 2013 |

Before the court is Plaintiffs' Petition for Approval of Compromise of Minor's Claim (#58)[1], Plaintiffs' Errata to Petition for Approval of Compromise of Minor's Claim (#59), and Defendants' Notice of Non-Opposition to Plaintiffs' Petition for Approval of Compromise of Minor's Claim (#60). The court has reviewed the Plaintiffs' Petition and approves the proposed compromise pursuant to its terms. GOOD CAUSE APPEARING,

IT IS ORDERED that Plaintiffs' Petition for Approval of Compromise of Minor's Claim (#58) is GRANTED.

IT IS SO ORDERED.

DATED this 19th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court's docket number.